**Paul Howard Young, Esquire**
**Young, Marr & Associates, LLC.**
**3554 Hulmeville Road**
**Suite 102**
**Bensalem, PA 19020**
**215-639-5297**
**Fax : 215-639-1344**
**Email: ykassoc@gmail.com**

**Order Filed on March 27, 2017
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

_____

| | |
|---|---|
| IN THE UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY | : |
| | : CHAPTER 13 CASE |
| IN RE: | : |
|     Kelvin T. White | : |
| | : CASE NO. 17-12943 MBK |
| | : |
| | : JUDGE: MBK |
| | : |
| DEBTOR : | : HEARING DATE: |

_____

**ORDER GRANTING MOTION TO EXTEND THE AUTOMATIC STAY**

The relief set forth on the following pages, numbered two (2) through _____2_____ is hereby **ORDERED**.

**DATED: March 27, 2017**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

**THIS CAUSE** coming on to be heard, and being heard, before the undersigned Judge of the United States Bankruptcy Court for District of New Jersey, pursuant to the Motion to Extend the Automatic Stay named above filed by the debtor; and

**IT APPEARING** to the undersigned that this court has jurisdiction over the parties and over the subject matter of this Motion ; and

**IT FURTHER APPEARING** to the undersigned that all parties in interest received notice of this Motion and of the time, date and place of this hearing and that no such parties have filed any timely objections or otherwise appeared in opposition to the said Motion and that the time for filing any such objection has expired; and

**IT FURTHER APPEARING** to the undersigned that the relief requested by the debtors in his Motion is consistent with the applicable provisions of Title 11 of the United States Code and that the debtor has established good and sufficient cause to grant said relief; and

**IT FURTHER APPEARING** to the undersigned that the Motion to Extend the Automatic Stay as to the Real Property located at 4 Amberwood Lane, Lumberton, New Jersey and as to all of the debtors personal property is hereby granted and Automatic Stay Extended

**IT IS THEREFORE SO ORDERED.**