**Paul Howard Young, Esquire**
**Young, Marr & Associates, LLC.**
**3554 Hulmeville Road**
**Suite 102**
**Bensalem, PA 19020**
**215-639-5297**
**Fax : 215-639-1344**
**Email: ykassoc@gmail.com**

Order Filed on March 27, 2017
by Clerk
U.S. Bankruptcy Court
District of New Jersey

_____

| | |
|---|---|
| IN THE UNITED STATES BANKRUPTCY | : |
| COURT DISTRICT OF NEW JERSEY | : |
| | : CHAPTER 13 CASE |
| IN RE: | : |
|     Kelvin T. White | : |
| | : CASE NO. 17-12943 MBK |
| | : |
| | : |
| | : JUDGE: MBK |
| | : |
| | : |
| DEBTOR : | : HEARING DATE: |

_____

**ORDER GRANTING MOTION TO EXTEND THE AUTOMATIC STAY**

The relief set forth on the following pages, numbered two (2) through _____2_____ is hereby **ORDERED**.

**DATED: March 27, 2017**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

**THIS CAUSE** coming on to be heard, and being heard, before the undersigned Judge of the United States Bankruptcy Court for District of New Jersey, pursuant to the Motion to Extend the Automatic Stay named above filed by the debtor; and

**IT APPEARING** to the undersigned that this court has jurisdiction over the parties and over the subject matter of this Motion ; and

**IT FURTHER APPEARING** to the undersigned that all parties in interest received notice of this Motion and of the time, date and place of this hearing and that no such parties have filed any timely objections or otherwise appeared in opposition to the said Motion and that the time for filing any such objection has expired; and

**IT FURTHER APPEARING** to the undersigned that the relief requested by the debtors in his Motion is consistent with the applicable provisions of Title 11 of the United States Code and that the debtor has established good and sufficient cause to grant said relief; and

**IT FURTHER APPEARING** to the undersigned that the Motion to Extend the Automatic Stay as to the Real Property located at 4 Amberwood Lane, Lumberton, New Jersey and as to all of the debtors personal property is hereby granted and Automatic Stay Extended

**IT IS THEREFORE SO ORDERED.**

United States Bankruptcy Court
District of New Jersey

In re:                                                                Case No. 17-12943-MBK
Kelvin T White, Sr.                                                   Chapter 13
         Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-3         User: admin              Page 1 of 1              Date Rcvd: Mar 27, 2017
                             Form ID: pdf903          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 29, 2017.
db             +Kelvin T White, Sr.,    4 Amberwood Lane,    Lumberton, NJ 08048-4310

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 29, 2017                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 27, 2017 at the address(es) listed below:
              Albert    Russo    docs@russotrustee.com
              Brian C. Nicholas    on behalf of Creditor    Deutsche Bank National Trust Company, as Trustee for
               FFMLT Trust 2006-FF3, Mortgage Pass-Through Certificates, Series 2006-FF3 c/o Home Loan
               Services, Inc. bnicholas@kmllawgroup.com,    bkgroup@kmllawgroup.com
              Paul H. Young    on behalf of Debtor Kelvin T White, Sr. ykassoc@gmail.com,
               lesliebrown.paralegal@gmail.com
              U.S. Trustee.    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 4