Form 148 – ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 17−12943−MBK
Chapter: 13
Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Kelvin T White Sr.
   4 Amberwood Lane
   Lumberton, NJ 08048

Social Security No.:
   xxx−xx−3571

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

   NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 8/10/17.

   Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

Dated: August 10, 2017
JAN: kmf

                                                                Jeanne Naughton
                                                                Clerk

United States Bankruptcy Court
District of New Jersey

In re:
Kelvin T White, Sr.
    Debtor

Case No. 17-12943-MBK
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-3        User: admin              Page 1 of 2            Date Rcvd: Aug 10, 2017
                            Form ID: 148             Total Noticed: 32

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 12, 2017.
```
db          +Kelvin T White, Sr.,    4 Amberwood Lane,    Lumberton, NJ 08048-4310
cr          +Deutsche Bank National Trust Company, as Trustee f,    Phelan Hallinan & Schmieg, PC,
              400 Fellowship Rd,    Ste 100,    Mt. Laurel, NJ 08054-3437
516647715   +AmeriFinancial Solutions. Llc,    Po Box 65018,    Baltimore, MD 21264-5018
516647716   +AmeriFinancial Solutions. Llc,    Po Box 7,    Vassar, MI 48768-0007
516647717   +Burlington County Special Civil Part,    49 Rancocas Road,    Mount Holly, NJ 08060-1317
516647718   +Caine & Weiner,    Po Box 5010,    Woodland Hills, CA 91365-5010
516647719   +Caine & Weiner,    21210 Erwin Street,    Woodland Hills, CA 91367-3714
516647721   +Credit Acceptance,    25505 West 12 Mile Rd,    Suite 3000,    Southfield, MI 48034-8331
516647723   +Credit Acceptance,    Po Box 513,    Southfield, MI 48037-0513
516647734   +Debt Recovery Solution,    900 Merchants Concourse,    Westbury, NY 11590-5142
516647733   +Debt Recovery Solution,    Attention: Bankruptcy,    6800 Jericho Turnpike    Ste 113e,
              Syosset, NY 11791-4401
516763640   +Deutsche Bank National Trust Co., Trustee(See 410),    c/o Specialized Loan Servicing LLC,
              8742 Lucent Blvd, Suite 300,    Highlands Ranch, Colorado 80129-2386
516647735   +KML Law Group,    216 Haddon Avenue, Suite 406,    Collingswood, NJ 08108-2812
516743444   +Orion,    c/o of PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
516876928   +Orion Portfolio Services LLC,    c/o PRA Receivables Management, LLC,    PO Box 41021,
              Norfolk, VA 23541-1021
516647737   +Richshelle White,    4 Amberwood Lane,    Lumberton, NJ 08048-4310
516647736  ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
              TRENTON NJ 08646-0245
             (address filed with court: NJ Division of Taxation,    Bankruptcy Section,    PO Box 245,
              Trenton, NJ 08695)
516647739   +Specialized Loan Servicing/SLS,    8742 Lucent Blvd Ste 300,    Highlands Ranch, CO 80129-2386
516647738   +Specialized Loan Servicing/SLS,    Attn: Bankruptcy,    Po Box 636005,    Littleton, CO 80163-6005
516647740   +Us Dept Ed,    Po Box 1030,    Coraopolis, PA 15108-6030
516647741   +Us Dept Ed,    Po Box 5609,    Greenville, TX 75403-5609
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg          E-mail/Text: usanj.njbankr@usdoj.gov Aug 10 2017 23:09:22    U.S. Attorney,    970 Broad St.,
              Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg         +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Aug 10 2017 23:09:17    United States Trustee,
              Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
              Newark, NJ 07102-5235
516680620    EDI: GMACFS.COM Aug 10 2017 22:53:00    Ally Financial,    PO Box 130424,
              Roseville MN 55113-0004
516647713   +E-mail/Text: bky@americanprofit.net Aug 10 2017 23:09:48    American Profit Recovery,
              34405 West 12 Miles Road #333,    Farmington Hills, MI 48331-5608
516647714   +E-mail/Text: bky@americanprofit.net Aug 10 2017 23:09:48    American Profit Recovery,
              34405 W 12 Mile Rd Ste 3,    Farmington Hills, MI 48331-5608
516647720   +EDI: CAUT.COM Aug 10 2017 22:53:00    Chase Auto Finance,    P.O. Box 901076,
              Fort Worth, TX 76101-2076
516647725   +EDI: CCS.COM Aug 10 2017 22:53:00    Credit Collections Svc,    Po Box 773,
              Needham, MA 02494-0918
516647729   +EDI: CCS.COM Aug 10 2017 22:53:00    Credit Collections Svc,    Po Box 607,
              Norwood, MA 02062-0607
516814734    EDI: ECMC.COM Aug 10 2017 22:53:00    ECMC,    PO BOX 16408,    St. Paul, MN 55116-0408
516647743   +EDI: VERIZONEAST.COM Aug 10 2017 22:53:00    Verizon,    500 Technology Dr,    Suite 500,
              Weldon Spring, MO 63304-2225
516647744   +EDI: VERIZONEAST.COM Aug 10 2017 22:53:00    Verizon,    500 Technology Dr Ste 30,
              Weldon Spring, MO 63304-2225
                                                                                               TOTAL: 11
```

```
             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
516647722*  +Credit Acceptance,    25505 West 12 Mile Rd,    Suite 3000,    Southfield, MI 48034-8331
516647724*  +Credit Acceptance,    Po Box 513,    Southfield, MI 48037-0513
516647726*  +Credit Collections Svc,    Po Box 773,    Needham, MA 02494-0918
516647727*  +Credit Collections Svc,    Po Box 773,    Needham, MA 02494-0918
516647728*  +Credit Collections Svc,    Po Box 773,    Needham, MA 02494-0918
516647730*  +Credit Collections Svc,    Po Box 607,    Norwood, MA 02062-0607
516647731*  +Credit Collections Svc,    Po Box 607,    Norwood, MA 02062-0607
516647732*  +Credit Collections Svc,    Po Box 607,    Norwood, MA 02062-0607
516876929*  +Orion Portfolio Services LLC,    c/o PRA Receivables Management, LLC,    PO Box 41021,
              Norfolk, VA 23541-1021
516647742*  +Us Dept Ed,    Po Box 5609,    Greenville, TX 75403-5609
                                                                                  TOTALS: 0, * 10, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

```
District/off: 0312-3          User: admin              Page 2 of 2              Date Rcvd: Aug 10, 2017
                              Form ID: 148             Total Noticed: 32
```

***** BYPASSED RECIPIENTS (continued) *****

Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 12, 2017                                       Signature: /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 10, 2017 at the address(es) listed below:

       Albert    Russo    docs@russotrustee.com
       Brian C. Nicholas    on behalf of Creditor    Deutsche Bank National Trust Company, as Trustee for FFMLT Trust 2006-FF3, Mortgage Pass-Through Certificates, Series 2006-FF3 c/o Home Loan Services, Inc. bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com
       Denise E. Carlon    on behalf of Creditor    Deutsche Bank National Trust Company, as Trustee for FFMLT Trust 2006-FF3, Mortgage Pass-Through Certificates, Series 2006-FF3 c/o Home Loan Services, Inc. dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
       Paul H. Young    on behalf of Debtor Kelvin T White, Sr. ykassoc@gmail.com, lesliebrown.paralegal@gmail.com
       U.S. Trustee.    USTPRegion03.NE.ECF@usdoj.gov

                                                                                                                TOTAL: 5